**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:
KEITH, ENGERIA                           CASE NO. 14-10330GVL1
YOUNG, TOMMY                             CHAPTER 7

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE DOCUMENT referenced was served on Debtors' counsel and parties in interest, electronically through ECF or furnished by U.S. Mail to:

KEITH, ENGERIA and  YOUNG, TOMMY, 13507 N.E. 34TH WAY, GAINESVILLE, FL ;

Elizabeth A. Cleveland on behalf of Creditor W. S. Badcock Corporation
amanda.whaley@badcock.com,
debbie.richey@badcock.com;sharon.waters@badcock.com;frida.jackson@badcock.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.govThis February 10, 2015.

/s/ Theresa M. Bender
Theresa M. Bender, Esq.
Chapter 7 Trustee
Theresa M. Bender, P.A.
P.O. Box 14557
Tallahassee, FL. 32317
PH: 850-205-7777
Fla Bar #0749486
Tmbenderch7@yahoo.com